7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Lisa Marie McGinnis –BELOW MED–
*Debtor*

*Bankruptcy Case No.*
16–40158–abf13

**Missouri Family Support Division**
   Plaintiff(s)

*Adversary Case No.*
16–04044–abf

v.

**Lisa Marie McGinnis**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman, United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: For the reasons stated in the Memorandum Opinion entered this same date, the Clerk of Court is ORDERED to enter judgment in favor of Debtor–Defendant Lisa Marie McGinnis. The Debtors debt to the Missouri Family Support Division is dischargeable. In the event that Debtor Lisa Marie McGinnis receives a discharge in her Chapter 13 bankruptcy case, the debt to the DFS will be discharged along with it. Each party to bear its own costs.



Paige Wymore–Wynn
Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk

Date of issuance: 9/22/16

Court to serve